# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2021-0488, <u>Lance A. Costello & a. v. Theresa L. Glover & a.</u>, the court on August 11, 2022, issued the following order:**

Having considered the brief of plaintiff Lance A. Costello and the record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). Plaintiff Lance A. Costello appeals an order of the Superior Court (<u>Bornstein</u>, J.) granting a motion for periodic payment of a judgment in the total amount of $52,690, and requiring the defendants, Roland S. Glover and Theresa L. Glover, to make payments on the judgment of $200 per month. <u>See</u> RSA 524:6-a (2021). We construe the brief to argue that the trial court erred by determining, following an evidentiary hearing, that the defendants have the ability to pay only $200 per month on the judgment. <u>See</u> RSA 524:6-a, I. We affirm.

It is the burden of the appealing party, here Lance A. Costello, to provide a record that is sufficient to decide the issues raised on appeal. <u>Bean v. Red Oak Prop. Mgmt.</u>, 151 N.H. 248, 250 (2004). In the absence of a transcript of a relevant evidentiary hearing, we assume that the evidence was sufficient to support the result reached by the trial court, <u>see</u> <u>id</u>., and we review the trial court's decision for errors of law appearing on the face of its order only, <u>see</u> <u>Atwood v. Owens</u>, 142 N.H. 396, 397 (1997). In this case, Lance A. Costello has not provided a transcript of the hearing on the motion for periodic payments. Nor has Lance A. Costello provided a copy of the defendants' affidavit of assets and liabilities referenced in the trial court's order. Accordingly, we conclude that the evidence was sufficient to support the trial court's determination that the defendants have the ability to pay only $200 per month, and finding no error of law on the face of the trial court's order, we uphold its decision.

<u>Affirmed</u>.

MacDonald, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

Timothy A. Gudas,
Clerk